# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-25-00238-CV

---

**Charles B. Moody, Appellant**

**v.**

**Holly Jean Paxton, Appellee**

---

### FROM THE COUNTY COURT AT LAW OF BURNET COUNTY
### NO. 38575, THE HONORABLE CODY HENSON, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

The clerk's record in this appeal was due for filing in this Court on April 25, 2025. On April 28, 2025, we notified appellant that no clerk's record had been filed due to his failure to pay or make arrangements to pay the trial clerk's fee for preparing the clerk's record. The notice requested that appellant make arrangements for the clerk's record and submit a status report regarding this appeal by May 8, 2025. Further, the notice advised appellant that his failure to comply with this request could result in the dismissal of the appeal for want of prosecution. On May 8, 2025, appellant filed a docketing statement in which he represented that he had not requested a clerk's record but that he would do so. However, to date, he has not filed a status report in response to this Court's notice, and the clerk's record has not been filed.

If a trial-court clerk fails to file the clerk's record due to an appellant's failure to pay or make arrangements to pay for the clerk's fee for preparing the record, the appellate court

may dismiss the appeal for want of prosecution unless the appellant was entitled to proceed without payment of costs. Tex. R. App. P. 37.3(b). In this case, appellant has not established that he is entitled to proceed without payment of costs. *See* Tex. R. Civ. P. 145. Because appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the clerk's record, this appeal is dismissed for want of prosecution.

_____

Rosa Lopez Theofanis, Justice

Before Justices Triana, Theofanis and Crump

Dismissed for Want of Prosecution

Filed: May 28, 2025